IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Lovonia C Walton  Debtor | ) Chapter 13 ) ) No. 19-15072-AMC ) |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                               /s/David M. Offen
                               David M. Offen
                               Attorney for Debtor(s)

Date:12/4/19