United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-15072-elf

Lovonia C Walton    Chapter 13

　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Mar 03, 2022    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lovonia C Walton, 253 Devereaux Avenue, Philadelphia, PA 19111-5919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 03 2022 23:50:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

**Name    Email Address**

DAVID M. OFFEN
　　on behalf of Debtor Lovonia C Walton dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
　　on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf900 | Total Noticed: 2 |

        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
        on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: LOVONIA C. WALTON<br>**Debtor(s)** | )<br>)  CHAPTER 13<br>) |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )  CASE NO. 19-15072 (ELF)<br>)<br>) |
| v. | )  HEARING DATE: **3-1-22 at 9:30 AM**<br>) |
| LOVONIA C. WALTON<br>**Respondent(s)** | )<br>)  11 U.S.C. 362<br>) |
| KENNETH E. WEST<br>**Trustee** | )<br>)<br>) |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's *in rem* rights in the personal property described as a **2012 Kia Sorento** bearing vehicle identification number 5XYKT4A10CG258757 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

**Order entered by default.**

Dated:  3/2/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**