CURTUSUNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| | : | **Chapter 13** |
| **LOVONIA C. WALTON,** | : | **Case No. 19-15072 (PMM)** |
| | : | |
| Debtor[s] | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 63 , the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #  62 ) is **approved**.

Date:  July 11,  2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**